

# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

November 30, 2012

Mr. Scott P. Stolley
Thompson & Knight  LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533

Ms. Cynthia Hollingsworth
Hollingsworth Walker LLP
Campbell Centre II
8150 N. Central Expressway, Suite 100
Dallas, TX 75206

RE:    Case Number:  11-0252
        Court of Appeals Number:  07-10-00197-CV
        Trial Court Number:  96,370-E

Style:  AARON FELTON
       v.
      BROCK LOVETT, D.C.

Dear Counsel:

Today the Supreme Court of Texas issued an opinion in the above-referenced cause.  A copy of the opinion can be obtained through Case Search on our Court's webpage at: http://www.supreme.courts.state.tx.us/.

Sincerely,

Blake A. Hawthorne, Clerk
by Claudia Jenks, Chief Deputy Clerk

cc:  Caroline Woodburn
     Ronald D. Nickum
     Peggy  Culp